IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50093
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DARRELL LENARD BATES,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-93-CR-181
- - - - - - - - - -
June 12, 1996
Before JOLLY, JONES and STEWART, Circuit Judges.

PER CURIAM:[*]

Nothing in the record in the instant case casts any doubt on the appropriateness of the district court's denial of the innominate motion filed by Darrell Lenard Bates. Because the instant appeal is frivolous, it is dismissed. See 5th Cir. R. 42.2. All pending motions are denied as moot.

APPEAL DISMISSED; ALL PENDING MOTIONS DENIED.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.